IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XIOMARA E. LOZANO, | : |
| Plaintiff, | : |
| v. | : Civ. No. 17-587-LPS |
| RESOURCES FOR HUMAN DEVELOPMENT, | : |
| Defendant. | : |

**ORDER**

At Wilmington this 20th day of November, 2017,

WHEREAS, Plaintiff filed this action without prepayment of the filing fee and was granted leave to proceed in forma pauperis (D.I. 4);

WHEREAS, on August 16, 2017, the Court entered an order requiring Plaintiff to complete and return a USM-285 form for remaining Defendant Resources for Human Development and informing Plaintiff that the United States Marshals Service would not serve the remaining Defendant until a complete USM-285 form was received by the Clerk of Court, and that failure to provide the USM-285 form within 90 days from the date of the Order may result in the Complaint being dismissed or the remaining Defendant being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 6);

WHEREAS, to date, Plaintiff has not submitted the required USM-285 form.

THEREFORE, IT IS HEREBY ORDERED that the Complaint is DISMISSED without prejudice pursuant to Fed. Civ. P. 4(m).

_____
UNITED STATES DISTRICT JUDGE